L. S. POE, ADMINISTRATOR OF WALLACE I. POE, v. DURHAM PUBLIC SERVICE COMPANY AND THOMAS C. FOSTER.

(Filed 10 November, 1926.)

APPEAL by defendants from *Devin, J.,* at March Term, 1926, of DURHAM. Affirmed.

Action to recover damages for wrongful death. Upon the verdict, there was judgment that plaintiff recover of defendants the sum of $4,500, the amount assessed by the jury as damages which plaintiff was entitled to recover of defendants. From this judgment defendants appealed to the Supreme Court.

*J. G. Lee and S. C. Brawley for plaintiff.*
*W. L. Foushee, Fuller, Reade & Fuller for defendants.*

PER CURIAM. The Court being evenly divided in opinion, with respect to the assignments of error upon this appeal, *Brogden, J.,* having been of counsel for defendants, in this action, not sitting, the judgment of the Superior Court of Durham County is affirmed, and stands as the decision in this case without becoming a precedent. *McCarter v. R. R.,* 187 N. C., 863.

Affirmed.